Kenneth Charles Nemetz
PID #1737033 / Bkg. #0701852
Fresno County Detention Facility
Post Office Box 872
Fresno, CA  93712

*Pro Se / Pro Per*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00030 AWI |
| Plaintiff, | ) ) | ORDER RE FRESNO COUNTY JAIL LAW LIBRARY ACCESS BY *PRO SE / PRO PER* DEFENDANT |
| v. | ) ) | |
| KENNETH NEMETZ, | ) ) | Date: Time: |
| Defendant. | ) ) | Honorable Anthony W. Ishii |
| | ) | |

On June 4, 2007, the court granted Defendant's motion to proceed *pro se / pro per* in this case. Defendant is currently incarcerated at the Fresno County Jail. The court has been advised that inmate access to the law library requires a court order.

**THEREFORE, IT IS HEREBY ORDERED** that the Fresno County Jail provide law library access to Defendant Kenneth Nemetz, proceeding in *pro se / pro per*, in accordance with established Fresno County Jail policies and procedures.

IT IS SO ORDERED.

**Dated:  June 8, 2007**          **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE