Kenneth Charles Nemetz
PID #1737033 / Bkg. #0701852
Fresno County Detention Facility
Post Office Box 872
Fresno, CA  93712

*Pro Se / Pro Per*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00030 AWI |
| ) | |
| Plaintiff, ) | ORDER GRANTING REQUEST FOR |
| ) | APPOINTMENT OF INVESTIGATOR FOR *PRO* |
| v. ) | *SE / PRO PER*  DEFENDANT |
| ) | |
| KENNETH NEMETZ, ) | Date: |
| ) | Time: |
| Defendant. ) | Honorable Anthony W. Ishii |
| ) | |

Defendant Kenneth Nemetz is representing himself *pro se / pro per* in the above-entitled action. The court finds that Defendant Nemetz is entitled to the services of an investigator. The court has appointed SANFORD GLICKMAN to represent Defendant Nemetz. The investigator will meet with Defendant Nemetz as necessary to conduct an appropriate investigation.

IT IS SO ORDERED.

**Dated:   June 22, 2007**           /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE