Kenneth Charles Nemetz
PID #1737033 / Bkg. #0701852
Fresno County Detention Facility
Post Office Box 872
Fresno, CA  93712

*Pro Se / Pro Per*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH NEMETZ,<br><br>　　　　　　Defendant. | NO.  1:07-CR-00030 AWI<br><br>ORDER GRANTING DEFENDANT'S MOTION TO PROCEED PRO SE / PRO PER<br><br>Hon. Anthony W. Ishii |

On June 4, 2007, the court heard and considered Defendant's motion and request that he be allowed to proceed *pro se / pro per* in the above-captioned matter.  Good cause appearing, **IT IS SO ORDERED**.

IT IS SO ORDERED.

**Dated:     June 22, 2007**　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE