| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, California 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant<br>KENNETH NEMETZ |

FILED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   NO: 1:07-cr-00030 AWI
                                    )
                 Plaintiff,         )   WAIVER OF PERSONAL APPEARANCE AT
                                    )   SENTENCING PROCEEDINGS; REQUEST FOR
         v.                         )   IMMEDIATE REMAND TO CUSTODY OF
                                    )   BUREAU OF PRISONS AND TRANSPORTATION
KENNETH NEMETZ,                     )   TO FEDERAL FACILITY; ORDER THEREON
                                    )
                 Defendant.         )
_____)

The undersigned defendant, Kenneth Nemetz, having been advised of his right to be present at all stages of the proceedings, including but not limited to post-trial proceedings and imposition of sentence, hereby waives his personal appearance at the sentencing proceeding.

Mr. Nemetz will review the Presentence Investigation Report (PSR) with his counsel by telephone and any necessary objections will be made on his behalf. Mr. Nemetz specifically waives his right to allocution and to be present at the time that the court imposes sentence in this cause on October 1, 2007. He requests that the Court allow his attorney to represent him in court on that date and to accept the sentence on his behalf. This request is made pursuant to Fed.R.Crim.P. 43(c)(2)and (3).

Defendant Nemetz further requests that he be returned to the custody of the Bureau of Prisons and moved to a federal facility forthwith.

///

I declare under penalty of perjury that the foregoing is true and correct. Executed this _23_ day of July, 2007, at Fresno, California.

_____
KENNETH NEMETZ, Declarant

AGREED BY COUNSEL:

_____
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

DATED: July _23_, 2007

## ORDER

**IT IS HEREBY ORDERED** that defendant Kenneth Nemetz's presence at the sentencing hearing currently set for October 1, 2007, be waived and that his attorney be allowed to accept his sentence in his stead.

**IT IS FURTHER ORDERED** that defendant be remanded to the custody of the Bureau of Prisons and that he be transported to a federal facility forthwith.

DATED: July _23_, 2007

_____
ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California